IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20116
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE IVAN PLUNKETT; THEOPHILIUS CORNEL GOINS,
also known as Baba; JEROME BLOCKER;
JEFFERY BATISTE MANUEL,

Defendants-Appellants.

- - - - - - - - - -
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-160-3
- - - - - - - - - -
May 4, 1998

Before DUHÉ, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Andre Plunkett, Theophilius Goins, and Jeffery Batiste Manuel appeal the denial of their motion to suppress. The district court did not clearly err in denying their motion to suppress. United States v. Alvarez, 127 F.3d 372, 373 (5th Cir. 1997); United States v. Namer, 680 F.2d 1088, 1094 (5th Cir. 1982). Jerome Blocker appeals the district court's denial of a downward adjustment for acceptance of responsibility. The district court did not err in

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denying Blocker a downward adjustment.  <u>United States v. Flucas</u>, 99

F.3d 177, 179-80 (5th Cir. 1996).

AFFIRMED.